# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BEARD, | 1:12-cv-00402-LJO-DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |
| v. | |
| LARRY DOE, et al., | |
| Defendants. | |

Plaintiff Robert Beard ("Plaintiff"), a California state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 12, 2012 in the Northern District of California. Plaintiff's case was transferred to the Eastern District of California on March 19, 2012.

Title 28 of the United States Code, section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Plaintiff became subject to § 1915(g) on August 7, 2008, and is precluded from proceeding in forma pauperis unless he is, at the time the complaint is filed, under imminent danger of serious physical injury. The Court takes judicial notice of the following cases that qualify as § 1915(g) strikes: *Beard v. Olson, et al.*, 1:09-cv-5140-OWW-HGB (E.D. Cal.) (dismissed June 7, 1999 for failure to state a claim); *Beard v. Crenshaw*, CV

03-03290 UA (RZ) (C.D. Cal.) (dismissed May 19, 2003 for failure to state a claim and as frivolous); *Beard v. Hogue, et al.*, 2:08-cv-04577 (C.D. Cal.) (dismissed Aug. 7, 2008 for failure to state a claim and as frivolous); *Beard v. Wright*, CV 09-06975 UA (RZ) (C.D. Cal.) (dismissed Oct. 13, 2009 for failure to state a claim); *Beard v. Romero*, 2:09-cv-02442-WBS-CMK (E.D. Cal.) (dismissed June 24, 2010 for failure to state a claim).

The Court has reviewed Plaintiff's complaint and finds that Plaintiff does not meet the imminent danger exception.[1] *Andrews v. Cervantes*, 493 F.3d 1047, 1053 (9th Cir. 2007). Because Plaintiff is not under imminent danger of serious physical injury, he is ineligible to proceed in forma pauperis in this action, and is precluded from proceeding on his complaint absent the submission of the filing fee in full.

Based on the foregoing, it is HEREBY ORDERED that this action is dismissed, without prejudice to re-filing if accompanied by the $350.00 filing fee.

IT IS SO ORDERED.

**Dated:    August 18, 2012**                            /s/ Lawrence J. O'Neill
                                                                       UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's claim in this action concerns deprivation of property at Kern Valley State Prison. The Court expresses no opinion on the merits of Plaintiff's claim.